UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IRVIN A. PIERCE and DELORRIA A. PIERCE                    PLAINTIFFS

V.                                CIVIL ACTION NO. 1:06CV363 LTS-JMR

TIM REYNOLDS and
ALLSTATE INSURANCE COMPANY                                DEFENDANTS

## ORDER OF REMAND

In accordance with the memorandum opinion I have this day signed, it is

ORDERED

That the plaintiffs' motion to remand [3] is hereby GRANTED;

That the clerk of court shall take all steps necessary to return this case to the court from which it was removed;

That the motion of the defendant Allstate Insurance Company for an extension of time to file its response/reply to the motion to remand [8] is hereby GRANTED.

SO ORDERED this 11th day of May, 2006.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge